UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MOHAMMAD ZAKI AMAWI,

    Plaintiff,

       v.

J.S. WALTON, D. SCOTT DODRILL, BRIAN K.
DAVIS, LESLIE SMITH, HARLEY LAPPIN,
ERIC HOLDER, THOMAS R. KANE, CHARLES
SAMUELS, JR., MICHAEL K. NALLEY, PAUL
M. LAIRD, AMBER NELSON, D. SCHIAVONE,
APRIL CRUITT, WILLIAM FALLS, J.
SIMMONS, T. CAPALDO, STEPHEN COLT,
WENDY J. ROAL, LISA J. HOLLINGSWORTH,
JOHN PARENT, STEVE JULIAN, DAN SPROUL,
CALVIN JOHNSON, JEFF BANEY, PAUL
KELLY, STEVEN CARDONA, M. NUEMANN,
G. BURGESS, LAWRENCE HOWARD, E.
GARCIA, HENRY RIVAS, FEDERAL BUREAU
OF PRISONS and JOYCE CONLEY,

    Defendants.

No. 13-cv-866-JPG-RJD

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 199) of Magistrate Judge Reona J. Daly recommending that the Court grant the motion for summary judgment filed by the remaining defendants (Doc. 176).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation.   Fed. R. Civ. P. 72(b)(3).   The Court must review *de novo* the portions of the report to which objections are made. *Id.*   "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."   *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.   The Court has reviewed the entire file and finds that the Report is not clearly erroneous.   Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 199);

- **GRANTS** the motion for summary judgment filed by the remaining defendants (Doc. 176); and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   December 19, 2016**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**