UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOHAMMAD ZAKI AMAWI,<br><br>    Plaintiff,<br><br>    v.<br><br>J.S. WALTON, D. SCOTT DODRILL, BRIAN K. DAVIS, LESLIE SMITH, HARLEY LAPPIN, ERIC HOLDER, THOMAS R. KANE, CHARLES SAMUELS, JR., MICHAEL K. NALLEY, PAUL M. LAIRD, AMBER NELSON, D. SCHIAVONE, APRIL CRUITT, WILLIAM FALLS, J. SIMMONS, T. CAPALDO, STEPHEN COLT, WENDY J. ROAL, LISA J. HOLLINGSWORTH, JOHN PARENT, STEVE JULIAN, DAN SPROUL, CALVIN JOHNSON, JEFF BANEY, PAUL KELLY, STEVEN CARDONA, M. NUEMANN, G. BURGESS, LAWRENCE HOWARD, E. GARCIA, HENRY RIVAS, FEDERAL BUREAU OF PRISONS and JOYCE CONLEY,<br><br>    Defendants. | No. 13-cv-866-JPG-RJD |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered as follows:

- On Count 1, a procedural due process claim against all the individual defendants (but not against defendant Bureau of Prisons) for placing and retaining the plaintiff in the communications management unit ("CMU") and denying his requests for transfer, judgment is entered in favor of the individual defendants and against plaintiff Mohammad Zaki Amawi;

- On Count 2, an equal protection claim against all the individual defendants (but not against defendant Bureau of Prisons), for designating the plaintiff for placement in the CMU based on his race and religion, judgment is entered in favor of the individual defendants and against plaintiff Mohammad Zaki Amawi;

IT IS FURTHER ORDERED AND ADJUDGED that the following claim is dismissed with prejudice:

- Count 4 for conspiracy; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 3, for violation of the Administrative Procedure Act;
- Count 5 for intentional infliction of emotional distress; and
- Count 6 for discriminatory denial of halfway house placement to Muslim inmates.

DATED:   December 19, 2016     JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray*, **Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**